**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>SUSIE LEE CHAN<br><br><br>Debtor | Chapter 13<br><br>Case No. 20-10397-BFK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Susie Lee Chan, Case #20-10397-BFK

***Attend the hearing to be held on September 17, 2020 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste. 400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __August 18, 2020_____        __/s/ Thomas P. Gorman_____
                                     Thomas P. Gorman
                                     Chapter 13 Trustee
                                     300 N. Washington Street, #400
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of August, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Susie Lee Chan | Jeremy Calvin Huang , Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 9005 Kerrydale Court | Chadwick Washington |
| Springfield, VA 22152 | 3201 Jermantown Rd., Suite 600 |
| | Fairfax, VA 22030 |
| | ___/s/ Thomas P. Gorman_____ |
| | Thomas P. Gorman |

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/18/2020

CASE NO: 20-10397-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-2142
CHAN, SUSIE LEE
AKA:
9005 KERRYDALE COURT
SPRINGFIELD, VA 22152

DATE FILED: 02/07/2020
CONFIRMED: 04/22/2020
LATEST 341: 03/10/2020
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 03/2020
ON SCHEDULE:      7,695.05
ACTUAL PAYMENTS:  3,847.53
AMOUNT BEHIND:    3,847.52

ATTORNEY: JEREMY CALVIN HUANG, ESQUIRE
CHADWICK WASHINGTON
3201 JERMANTOWN RD., SUITE 600
FAIRFAX, VA 22030
Phone: 703 352-1900  Fax: 703 352-5293

SCHEDULE:    1,539.01 MONTHLY
TOTAL PAID:      3,847.53

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 05/18/20 | PC | 769.51 |
| 04/13/20 | PC | 1,539.01 |
| 03/06/20 | PC | 1,539.01 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 342970 | ALLY BANK | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 348650 | AVALON BAY COMMUNITIES | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 7,742.96 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 003 | 330843 | BANK OF AMERICA | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 5,226.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 004 | 330843 | BANK OF AMERICA | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 14,524.16 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 005 | 351920 | CHASE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 5,346.78 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 006 | 351920 | CHASE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 5,607.62 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 007 | 351920 | CHASE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 4,065.77 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 008 | 351920 | CHASE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 6,536.86 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 340265 | DEPARTMENT STORES NATIONAL BANK | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 1,908.51 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | 351921 | DR. DANY BARAKAT | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 2,802.75 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 011 | 338827 | MIDLAND FUNDING LLC / CITIBANK | PRO 06/2020 | UNS 100.00 | | 0.00 0.00 | 10,417.51 10,668.00 | 10,417.51 10,417.51 | 310.65 0.00 | 10,106.86 0.00 |
| 012 | PORT | PORTFOLIO RECOVERY ASSOCIATES / TOYS R US | PRO 06/2020 | UNS 100.00 | | 0.00 0.00 | 6,674.26 6,653.26 | 6,674.26 6,674.26 | 199.02 0.00 | 6,475.24 0.00 |
| 013 | 351922 | TD BANK | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 9,023.37 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 014 | 349876 | VERIZON BY AMERICAN INFOSOURCE / UNLISTED | PRO-A | UNS 100.00 | | 0.00 0.00 | 53.26 0.00 | 53.26 53.26 | 0.00 0.00 | 53.26 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/18/2020

CASE NO: 20-10397-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-2142
CHAN, SUSIE LEE

SCHEDULE:  1,539.01 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | 325466 | JEREMY CALVIN HUANG , ESQUIRE | PRO 06/2020 | ATY 100.00 | | 0.00 0.00 | 4,000.00 4,000.00 | 3,000.00 3,000.00 | 3,000.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 326.27 | 326.27 | |
| | | | | | TOTALS: | 0.00 0.00 | 21,145.03 84,106.04 | 20,471.30 20,471.30 | 3,835.94 0.00 | 16,635.36 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 4,000.00 | 0.00 | 0.00 | 80,106.04 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,000.00 | 0.00 | 0.00 | 17,145.03 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 3,000.00 | 0.00 | 0.00 | 509.67 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 0.00 | 16,635.36 | 0.00 | DUE CREDITORS: | 16,635.36 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 1,847.09 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 11.59 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 16,635.36 | 0.00 | APPROX BALANCE: | 18,470.86 |

\** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                         Case Power® 12.5